# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA 9-13-16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cesar Magana-Aparicio, | ) | Case No. 16-8312MJ |
| a.k.a.: Cesar Magana Aparicio, | ) | |
| (A 209 119 016) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 13, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cesar Magana-Aparicio, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 21, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Amy Brown, AUSA for SAUSA David Whipple

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 14, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 13, 2016, while following a lead, the Phoenix ICE Mobile Criminal Alien Team (MCAT) encountered Cesar Magana-Aparicio during a vehicle stop at Sunset Drive and Ray Road in Chandler, Arizona. MCAT officers interviewed Magana-Aparicio on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Magana-Aparicio was transported to the Phoenix ICE office for further investigation and processing. Magana-Aparicio was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cesar Magana-Aparicio to be a citizen of Mexico and a previously deported criminal alien. Magana-Aparicio was removed from the United States to Mexico through Nogales, Arizona, on or about January 21,

2008, pursuant to an order of removal issued by an immigration official. There is no record of Magana-Aparicio in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Magana-Aparicio's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Cesar Magana-Aparicio was convicted of Criminal Impersonation, a felony offense, on January 15, 2008, in the Superior Court of Arizona, Maricopa County. Magana-Aparicio was sentenced to eighteen (18) months' probation. Magana-Aparicio's criminal history was matched to him by electronic fingerprint comparison.

5. On September 13, 2016, Cesar Magana-Aparicio was advised of his constitutional rights. Magana-Aparicio freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 13, 2016, Cesar Magana-Aparicio, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 21, 2008, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of September, 2016.

_____
John Z. Boyle,
United States Magistrate Judge